

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kevin DeWayne Shepard, Jr., Appellant

No. 06-22-00085-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2020F00207). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and bill of costs to reflect that the correct amount of court costs is $316.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kevin DeWayne Shepard, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 19, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk